| | |
|---|---|
| 1 | MARIO A. MOYA (State Bar No. 262059) |
| | REBECCA M. HOBERG (State Bar No. 224086) |
| 2 | LAW OFFICE OF MARIO A. MOYA |
| | 1300 Clay Street, Suite 600 |
| 3 | Oakland, California 94612 |
| 4 | Telephone:  510.926.6521 |
| | Fax: 510.340.9055 |
| 5 | Email:  mmoya@moyalawfirm.com |
| |          rhoberg@moyalawfirm.com |
| 6 | |
| 7 | Attorneys for Defendant and Cross-Complainant |
| | IAN CLYNE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; | Case No. |
| Plaintiff, | **DECLARATION OF MARIO A. MOYA IN SUPPORT OF NOTICE OF REMOVAL** |
| v. | |
| IAN CLYNE, an individual; and DOES 1-30, inclusive, | |
| Defendants. | |
| IAN CLYNE, an individual; | |
| Cross-Complainant, | |
| v. | |
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive, | |
| Cross-Defendants. | |

I, Mario A. Moya, declare as follows:

1. I am an attorney duly admitted to practice before the State of California and the U.S. District Court for the Northern District of California. I am the sole owner of the Law Office of Mario A. Moya in Oakland, which is located at 1300 Clay St., Suite 600, Oakland, CA 94612. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am counsel of record for Defendant/Cross-Complainant Ian Clyne in this action, which was originally filed on March 8, 2017 as *Joint Venture Partners Int'l, Inc. v. Clyne*, No. 17CV000260 in the California Superior Court for the County of Napa.

3. Attached as Exhibit A to this declaration is a true and correct copy of the summons in this action. Upon information and belief, this document was personally served on my client on March 15, 2017.

4. Attached as Exhibit B to this declaration is a true and correct copy of Plaintiff Joint Venture Partners International, Inc.'s complaint. Upon information and belief, this document was personally served on my client on March 15, 2017.

5. Attached as Exhibit C to this declaration is a true and correct copy of the Alternative Dispute Resolution information sheet. Upon information and belief, this was personally served on my client on March 15, 2017.

6. Attached as Exhibit D to this declaration is a true and correct copy of Defendant Ian Clyne's answer to the complaint, which was filed in the Superior Court of California for the County of Napa on May 1, 2017.

7. Attached as Exhibit E to this declaration is a true and correct copy of Defendant Ian Clyne's cross-complaint in response to the complaint, which was filed in the Superior Court of California for the County of Napa on May 1, 2017.

8. Attached as Exhibit F to this declaration is a true and correct copy of the Superior Court docket sheet for this action that was printed from the Napa County Superior Court website on May 1, 2017.

9. Attached as Exhibit G to this declaration is a true and correct copy of the notice that is to be filed with the California Superior Court for the County of Napa soon after this notice of removal is electronically filed. (For the sake of brevity and to avoid redundancy, I have omitted the exhibit of that filing from Exhibit G.)

10. My client, Ian Clyne, is a resident of Huntington Beach, California, which is located within Orange County in Southern California. Mr. Clyne was served in this action on March 15, 2017 and began searching for an attorney to represent him in Northern California.

11. I received an inquiry about possibly representing Mr. Clyne in this action on or about April 5, 2017. I first received a copy of the complaint via email on April 5, 2017, and I was retained to represent Mr. Clyne in this action shortly thereafter on April 7, 2017.

12. Because Mr. Clyne had been served on March 15, 2017, his Superior Court deadline to respond was looming as soon as I accepted the representation. When I was retained, I emailed my opposing counsel in this matter, William Hill of Donahue & Fitzgerald LLP, to inform him of my representation and to request a stipulated 15-day extension of time to respond to the complaint pursuant to the California Rule of Court 3.110(d). Mr. Hill agreed to extend the time to respond to the complaint to May 1, 2017.

13. The initial complaint filed in this action was a very short document and did not appear to be removable on the face of the pleading. The two causes of action asserted against Mr. Clyne are for breach of contract and for fraud, neither of which causes of action arise under federal law. Removal on the basis of diversity jurisdiction was also not possible because the principal place of business for the plaintiff in this action, Joint Venture Partners International, Inc. ("JVP"), is located in Napa, California. For example, according to public filings with the California Secretary of State, the entity address for JVP is located in Napa, California.

14. On May 1, 2017, my client, Mr. Clyne, filed his answer and cross-complaint in this action. The cross-complaint asserts ten (10) separate causes of action relating to Mr. Clyne's prior work as an independent contractor for the owner of JVP and also relating to his ownership of proprietary software known as the "FasterPay" system that was copyrighted by JVP in 2016.

15. As detailed in the cross-complaint filed yesterday, Mr. Clyne challenges the validity of JVP's registered copyright in the FasterPay software and also asserts that JVP's intended use, sale, or distribution of the FasterPay system would infringe upon his rights as an owner to that system. In addition, Mr. Clyne asserts that the plaintiff's intended use, sale or distribution of the FasterPay system would violate his ownership rights and also infringe upon an earlier-authored software known as the MoneyCloud system that Mr. Clyne has submitted for registration to the U.S. Copyright office. Mr. Clyne applied to register this software on Friday April 28, 2017, before the deadline to respond to the complaint had run. Mr. Clyne's application is currently pending at the U.S. Copyright office as Case No. 1-5002245081.

16. True and correct copies of all publicly-available process, pleadings, or orders that were served on Defendant Clyne in this action have been attached as an exhibit to the principal document in this filing – i.e., the notice of removal.

17. In accordance with 28 U.S.C. § 1446(d), I certify that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff's counsel and filed with the clerk of the Superior Court. I also certify that written notice of the filing of this Notice of Removal is being served on Plaintiff JVP through its counsel of record.

18. In accordance with 28 U.S.C. § 1446(d), I further certify that contemporaneously with the filing of this Notice of Removal, a Notice of Removal will be filed electronically with the Clerk of the Superior Court for Napa County, California.

[*Continued on next page*]

19. I further certify that the lone remaining cross-defendant who has yet to be served with the cross-complaint filed yesterday in this action will be personally served with this notice of removal when he is served with the summons in this action.  It is my intention to serve this notice of removal upon this new party, Jay Dee Shiverdaker, when he is served with the cross-complaint that was filed yesterday.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 2st day of May, 2017, in Oakland, California.

                                            Respectfully submitted,

                                            The LAW OFFICE OF MARIO A. MOYA

                                            */s/ Mario A. Moya*
                                            Mario A. Moya

                                            Attorneys for Defendant & Cross-Complainant IAN CLYNE