MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
LAW OFFICE OF MARIO A. MOYA
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
rhoberg@moyalawfirm.com

Attorneys for Defendant and Cross-Complainant
IAN CLYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation;<br><br>Plaintiff,<br><br>v.<br><br>IAN CLYNE, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 3:17-cv-2515-EDL<br><br>**CERTIFICATE OF SERVICE** |
| IAN CLYNE, an individual;<br><br>Cross-Complainant,<br><br>v.<br><br>JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive,<br><br>Cross-Defendants. | |

|   |   |
|---|---|
| 1 | I am a citizen of the United States and employed in the City of Oakland and County of |
| 2 | Alameda, State of California. I am over the age of eighteen years old and not a party to this |
| 3 | action. My business address is 1300 Clay Street, Suite 600, Oakland, CA 94612. |
| 4 | On May 3, 2017, I served a copy of the following document(s): |

1. DEFENDANT IAN CLYNE'S NOTICE OF REMOVAL TO FEDERAL COURT;

2. DECLARATION OF MARIO A. MOYA IN SUPPORT OF DEFENDANT IAN CLYNE'S NOTICE OF REMOVAL TO FEDERAL COURT;

3. CIVIL CASE COVER SHEET;

4. CERTIFICATE OF PERSONS OR INTERESTED ENTITIES

on the interested parties:

___ VIA FAX: By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

_x_ VIA U.S. MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on the above date with postage thereon fully prepaid, at Oakland, California.

___ VIA OVERNIGHT SERVICE: By placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid bill and causing the envelope to be delivered to a _____ agent for delivery.

___ VIA PERSONAL SERVICE: By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth below.

___ VIA E-MAIL: By transmitting a PDF version of the document(s) by e-mail to the person(s) set forth below using the e-mail address(es) indicated, pursuant to the parties' electronic service agreement.

> WILLIAM R. HILL, ESQ.
> DONAHUE FITZGERALD LLP
> 1999 Harrison Street, 25th Floor
> Oakland, CA 94612
>
> Counsel for Plaintiff Joint Venture Partners Int'l., Inc.

I declare that I am employed in the office of a member of the bar of this court who directed me in making this service.

Executed on May 3, 2017, at Oakland, California.

_____
Donald Chan