MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
LAW OFFICE OF MARIO A. MOYA
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
rhoberg@moyalawfirm.com

Attorneys for Defendant and Cross-Complainant
IAN CLYNE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation;<br><br>Plaintiff,<br><br>v.<br><br>IAN CLYNE, an individual; and DOES 1-30, inclusive,<br><br>Defendants.<br><br>IAN CLYNE, an individual;<br><br>Cross-Complainant,<br><br>v.<br><br>JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive,<br><br>Cross-Defendants. | Case No. 3:17-cv-2515-EDL<br><br>**CERTIFICATE OF SERVICE** |

---

1
CERTIFICATE OF SERVICE

I, Donald Chan, am a citizen of the United States and employed in the City of Oakland and County of Alameda, State of California. I am over the age of eighteen years old and not a party to this action. My business address is 1300 Clay Street, Suite 600, Oakland, CA 94612.

On May 4, 2017, I served a copy of the following document(s):

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

2. STANDING ORDER MAGISTRATE RE JUDGE ELIZABETH D. LAPORTE;

3. STANDING ORDER FOR ALL JUDGES OF THE NOTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

4. JUDGE LAPORTE'S STANDING ORDER RE CASE MANAGEMENT CONFERENCE

5. FILING PROCEDURES (SAN FRANCISCO)

6. ECF REGISTRATION INFORMATION

7. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL & CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

on the interested parties:

VIA U.S. MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on the above date with postage thereon fully prepaid, at Oakland, California.

WILLIAM R. HILL, ESQ.
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, CA 94612

Counsel for Plaintiff Joint Venture Partners Int'l., Inc.

I declare that I am employed in the office of a member of the bar of this court who directed me in making this service.

Executed on May 4, 2017, at Oakland, California.

_____
Donald Chan