WILLIAM R. HILL, #114954
rhill@donahue.com
CASEY L. WILLIAMS, #280324
cwilliams@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520

Telephone:      (510) 451-3300
Facsimile:      (510) 451-1527

Attorneys for Plaintiff and Cross-Defendant
JOINT VENTURE PARTNERS
INTERNATIONAL, INC. and
Cross-Defendants JAY DEE
SHIVERDAKER and AMERICAN
MEDICAL REVENUE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOINT VENTURE PARTNERS
INTERNATIONAL, INC.,

                    Plaintiff,

          v.

IAN CLYNE,

                    Defendant.

AND RELATED CROSS ACTION

Case No. 3:17-cv-2515-EDL

**SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO
COUNTERCLAIM**

[L.R. 6-1 (A)]

Pursuant to Civil Local Rule 6-1(a), Plaintiff and Cross-Defendant Joint Venture Partners International, Inc. ("JVP"), Cross-Defendant Jay Dee Shiverdaker, Cross-Defendant American Medical Revenue, LLC ("AMR"), and Defendant and Cross-Complainant Ian Clyne, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff JVP initiated this action on March 8, 2017 in California Superior Court, Napa County. Defendant and Cross-Complainant Clyne removed the action to Federal District Court, for the Northern District of California, on May 2, 2017.

- 1 -

WHEREAS, this case was initially assigned to Magistrate Judge Elizabeth D. Laporte, who issued an order on May 3, 2017 (ECF No. 5), setting the following ADR deadlines:

| July 11, 2017 | Last day to file ADR Certification; and Last day to file Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |

WHEREAS, the matter was reassigned to the Honorable Edward J. Davila and, on May 22, 2017, Judge Davila issued an order rescheduling the following deadlines as follows:

| August 24, 2017 | Last day to file Rule 26(f) Report; Last day to exchange initial disclosures; and Last day to file Case management Statement. |
| August 31, 2017 | Initial Case Management Conference. |

WHEREAS, the parties previously stipulated to extending the Cross-Defendants time to respond to the Counterclaim to June 14, 2017. The parties are engaged in a meet and confer process regarding a matter with the potential to affect the parties' representation in this matter and, accordingly, good cause exists to provide Cross-Defendants with additional time to respond to the Cross-Complaint.

WHEREAS, the parties hereby agree to provide Cross-Defendants an additional 21 days to respond to the Counterclaim, extending their response deadline to July 5, 2017. This extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Cross-Defendants shall respond to the Counterclaim by July 5, 2017.

[signatures on following page]

1 Dated: June  2, 2017     DONAHUE FITZGERALD LLP

2

3            By: /s/Casey L. Williams

4             Casey L. Williams
             Attorneys for Plaintiff and Cross-Defendants

5 Dated: June 2, 2017     The LAW OFFICE OF MARIO A. MOYA

6

7            By: /s/ Mario A. Moya

8             Mario A. Moya
             Attorneys for Defendant and Cross-Complainant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -