WILLIAM R. HILL, #114954
rhill@donahue.com
CASEY L. WILLIAMS, #280324
cwilliams@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Plaintiff and Counter-Defendant
JOINT VENTURE PARTNERS INTERNATIONAL, INC., and for
Counter-Defendants JAY DEE SHIVERDAKER
and AMERICAN MEDICAL REVENUE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IAN CLYNE, an individual; and DOES 1-30, inclusive,<br><br>　　　　Defendants.<br>_____<br>IAN CLYNE, an individual;<br><br>　　　　Cross-Complainant,<br><br>　　v.<br><br>JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive,<br><br>　　　　Cross-Defendants. | Case No. 5:17-cv-02515-EJD<br><br>**STIPULATION TO AND [~~PROPOSED~~] ORDER CONTINUING PENDING DEADLINES**<br><br>Civil L.R. 6.2(a) |

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Cross-Defendant Joint Venture Partners International, Inc. ("JVP"), Cross-Defendant Jay Dee Shiverdaker, Cross-Defendant American Medical Revenue, LLC ("AMR"), and Defendant and Cross-Complainant Ian Clyne, by and through their respective counsel of record, respectfully request that the Court enter the following stipulation to continue the deadline to complete mediation and the date of the Initial Case Management Conference:

**Background**

Plaintiff JVP initiated this action on March 8, 2017 in California Superior Court, Napa County. Defendant and Cross-Complainant Clyne removed the action to the U.S. District Court for the Northern District of California, on May 2, 2017.

This case was initially assigned to Magistrate Judge Elizabeth D. Laporte, who issued an order on May 3, 2017 (ECF No. 5) setting various ADR deadlines. The matter was reassigned to the Honorable Edward J. Davila. In the spring and early summer the Parties sought and obtained a few extensions to respond to the cross-complaint (*see* Dkt. Nos. 16, 19 and 21), during which time all parties agreed that they were amenable to attempting to resolve this matter via early private mediation as indicated in their respective ADR certifications to the Court. Accordingly, the parties were ordered to complete mediation by October 11, 2017. (ECF No. 25).

To meet this deadline and to avoid having the burden and expense of litigation detract from their settlement efforts, the parties sought a court order (*See* ECF No. 26) further extending the deadline to respond to the cross-complaint and continuing the initial case management hearing for the first time. The Court granted that order on July 20, 2017. (ECF No. 27). On July 24, 2017, the Court issued an additional order resetting the date of the Initial Case Management Conference. Accordingly, the following dates are set in this matter:

| | |
|---|---|
| Last Day to Complete Mediation | October 10, 2017 |
| Last Day to File Response to Cross-Complaint | October 17, 2017 |
| Last day to Exchange Initial Disclosures and File Joint Case Management Statement | October 19, 2017 |
| Initial Case Management Conference | November 9, 2017 |

**Stipulation and Request For Continuance**

The parties hereby stipulate to and agree to seek, via this stipulation and proposed order, a two month continuance on each of these deadlines. Good cause exists for this continuance. Mario Moya, lead counsel for Defendant and Cross-Complainant, recently experienced an unexpected death in his immediate family. Specifically, on August 18, 2017, Mr. Moya's younger brother unexpectedly passed away at the age of 21. His family is based on the East Coast, where Mr. Moya is presently and for the foreseeable future. Moya Law, Mr. Moya's law firm, consists of himself, and two of counsel attorneys, Rebecca Hoberg and Zeenat Basrai. Of the three attorneys only, Mr. Moya and Mrs. Hoberg have worked on the matter. Mrs. Hoberg is also Mr. Moya's spouse, as they were recently married on July 29, 2017, and accordingly, Mrs. Hoberg's time and attention is also on the Moya family.

Accordingly, the parties hereby ask that the Court continue each of the above deadlines by two months to afford Mr. Moya time need to attend to his personal affairs. Pursuant to such an order, the following deadlines would apply:

| | |
|---|---|
| Last Day to Complete Mediation | December 10, 2017 |
| Last Day to File Response to Cross-Complaint | December 17, 2017 |
| Last day to Exchange Initial Disclosures and File Joint Case Management Statement | December 19, 2017 |
| Initial Case Management Conference | January 9, 2018 |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 19, 2017          DONAHUE FITZGERALD LLP

*/s/ Casey Williams*

Casey Williams

Attorneys for Plaintiff & Cross-Defendants

DATED: August 19, 2017    The LAW OFFICE OF MARIO A. MOYA

/s/ Mario A. Moya
Mario A. Moya

Attorneys for Defendant & Cross-Complainant

[*Proposed Order Follows per Civ. L. R. 7-12*]

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 11, 2017    HON. EDWARD DAVILA

U.S. District Judge
Northern District of California