MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
LAW OFFICE OF MARIO A. MOYA
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

Attorneys for Defendant and Cross-Complainant
IAN CLYNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; | Case No. 5:17-cv-02515-EJD |
| Plaintiff, | **STIPULATION TO EXTEND PENDING DEADLINES** |
| v. | |
| IAN CLYNE, an individual; and DOES 1-30, inclusive, | Civil L.R. 6.2(a) |
| Defendants. | |
| IAN CLYNE, an individual; | |
| Cross-Complainant, | |
| v. | |
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive, | |
| Cross-Defendants. | |

Pursuant to Civil Local Rule 6-2(a) — and in light of continuing settlement discussions following a full-day mediation — Plaintiff and Cross-Defendant Joint Venture Partners International, Inc. ("JVP"), Cross-Defendant Jay Dee Shiverdaker, Cross-Defendant American Medical Revenue, LLC ("AMR"), and Defendant and Cross-Complainant Ian Clyne, by and through their respective counsel of record, respectfully request that the Court enter the following stipulation to continue the date of the Case Management Conference and all pending deadlines, including the deadline to file a responsive pleading, to exchange initial disclosures, and to hold a Rule 26(f) conference.

**Background**

Plaintiff JVP initiated this action on March 8, 2017 in the California Superior Court for Napa County. Defendant and Cross-Complainant Clyne removed the action to the U.S. District Court for the Northern District of California, on May 2, 2017, after asserting federal copyright causes of action as cross claims.

This case was initially assigned to Magistrate Judge Elizabeth D. Laporte, who issued an order on May 3, 2017 (Dkt No. 5) setting various ADR deadlines. The matter was reassigned to the Honorable Edward J. Davila, and on May 22, 2017, Judge Davila issued an order setting additional disclosure and case management deadlines. The parties were engaged in meaningful meet-and-confer discussions at the time about matters that may affect the Cross-Defendants' representation and filed three stipulations to extend the time to respond to the cross-complaint (*see* Dkt. Nos. 16, 19 and 21). In addition, to further these discussions and attempt to informally resolve the case, the parties agreed to engage in early private mediation. To this end, and also as a result of unusual personal matters relating to counsel for Defendant, the parties requested and the Court granted an extension to complete mediation until December 10, 2017 and further continued the case management conference until January 11, 2018. (*See* Dkt. Nos. 30 & 31).

The parties wish to report that they have participated in a full-day private mediation on November 28, 2017 before Carol Kingsley. Ms. Kingsley continues to assist the parties with ongoing mediation services, and the parties are currently engaged in productive settlement discussions. The parties have made significant progress toward resolution and do not wish for

pending deadlines to interfere with their efforts to resolve the dispute amicably. The subject matter at issue in this litigation is technical and complex, and more time is needed to allow further settlement negotiations between the parties. In addition, the parties believe that substantive litigation at this juncture will significantly impede any possibility of early settlement between the parties.

### Stipulation

Based on these facts, the Parties believe a continuance is necessary to give the Parties adequate time to further settlement negotiations. The Parties believe a continuance would be in the interest of judicial economy, conserve the Court's and the Parties' resources, and allow for a more efficient and productive discussion with the Court at the Case Management Conference.

The Parties have met and conferred about these matters, and they have agreed to jointly request the following continuances:

- The Parties stipulate to, and jointly request, a continuance of the Case Management Conference to the earliest possible date after **February 15, 2018**, subject to the convenience of the Court.

- The Parties stipulate to, and jointly request, a postponement of the deadlines for filing initial disclosures, a Rule 26(f) report, and a Case Management Statement to **January 23, 2018.**

- The parties stipulate to, and jointly request, that the time for the Cross-Defendants to respond to the Cross-Complaint filed in this action be extended to **January 22, 2018**.

//

//

//

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 12, 2017

DONAHUE FITZGERALD LLP

*/s/ Casey Williams*

Casey Williams

Attorneys for Plaintiff & Cross-Defendants

DATED: December 12, 2017

The LAW OFFICE OF MARIO A. MOYA

*/s/ Mario A. Moya*

Mario A. Moya

Attorneys for Defendant & Cross-Complainant

*[Proposed Order Follows per Civ. L. R. 7-12]*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 13, 2017

HON. EDWARD DAVILA

U.S. District Judge
Northern District of California