1  MARIO A. MOYA (State Bar No. 262059)
   REBECCA M. HOBERG (State Bar No. 224086)
2  LAW OFFICE OF MARIO A. MOYA
   1300 Clay Street, Suite 600
3  Oakland, California 94612
4  Telephone:  510.926.6521
   Fax: 510.340.9055
5  Email: mmoya@moyalawfirm.com
            rhoberg@moyalawfirm.com
6
7  Attorneys for Defendant and Cross-Complainant
   IAN CLYNE
8
9                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSE DIVISION

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation;<br><br>            Plaintiff,<br><br>    v.<br><br>IAN CLYNE, an individual; and DOES 1-30, inclusive,<br><br>            Defendants. | Case No. 5:17-cv-02515-EJD<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/CROSS-COMPLAINANT IAN CLYNE**<br><br><br>**Date:  April 19, 2018**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 4, 5th Floor (San Jose)** |
| IAN CLYNE, an individual;<br><br>            Cross-Complainant,<br><br>    v.<br><br>JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive,<br><br>            Cross-Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:**

NOTICE IS HEREBY GIVEN that on April 19, 2018, at 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 4, 5th floor, located at 280 South 1st, San Jose, CA 95113, The Law Office of Mario A. Moya, counsel of record for Defendant and Cross Complainant Ian Clyne, will move this Court for an Order allowing The Law Office of Mario A. Moya to withdraw as counsel of record in this matter, as set forth below.

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/CROSS-RESPONDENT

Pursuant to F.R.C.P. 24(c) and Civil Local Rule 11-5, all attorneys of the Law Office of Mario A. Moya hereby move for withdrawal as counsel for Defendant and Cross-Complainant Ian Clyne in the above-captioned case.  This motion is based on the accompanying declaration of Mario A. Moya in support of this motion.

From the inception of this case, The Law Office of Mario A. Moya has diligently and zealously represented Mr. Clyne's rights and interests in accordance with all applicable professional obligations and the rules and orders of this Court.

Professional considerations now require withdrawal.  Counsel has provided Mr. Clyne with notice of their intent to withdraw, as required by Local Rule 11-5(a), on Oct. 13, 2017, Dec. 6, 2017, Jan. 19, 2018, Jan. 21, 2018 and Feb. 2, 2018.  On behalf of Mr. Clyne, counsel seeks a 60-day continuance of all pending deadlines to allow for substitution of counsel.

Counsel respectfully submits that said withdrawal of counsel is in the interests of justice and will not prejudice Defendant/Cross-Complainant or the Plaintiff/Cross-Defendants.  The parties have not had a trial setting conference pursuant to the Court's scheduling order, and no trial date or pretrial deadlines have been set yet in this case.   Fact and expert discovery deadlines have not been set; there are no pending motions currently before the Court; and discovery has not yet commenced.  No prejudice will occur by allowing The Law Office of Mario A. Moya to

withdraw as counsel for Mr. Clyne.  This motion is made in good faith and not made for purposes of delay or any other purpose.

Counsel notified Plaintiff/Cross-Defendant Joint Venture Partners International, Inc. ("JVP"), of their intentions to withdraw on Feb. 5, 2018 and confirmed a hearing date for this motion on Feb. 6, 2018.  Mr. Clyne has not yet obtained new counsel and may be served through:

> Ian Clyne
> 20251 Eastwood Circle
> Huntington Beach, CA 92646
> Email: ian@moneycloudsystems.com

On behalf of Mr. Clyne, the Law Office of Mario A. Moya respectfully asks that Mr. Clyne be granted a reasonable amount of time in which to obtain substitute counsel.  We also request that the Court afford Mr. Clyne sixty (60) days from the date of this Motion to retain new counsel and also stay any pending deadlines for the same period.

DATED: February 6, 2018                     LAW OFFICE OF MARIO A. MOYA

                                            By: */s/ Mario A. Moya*
                                                Mario A. Moya

                                            Attorneys for Defendant & Cross-Complainant
                                            IAN CLYNE