WILLIAM R. HILL, #114954
rhill@donahue.com
CASEY L. WILLIAMS, #280324
cwilliams@donahue.com
NOAH R. DRAKE, #313596
ndrake@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520

Telephone:    (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Plaintiff and Counter-Defendant
JOINT VENTURE PARTNERS INTERNATIONAL, INC., and for Counter-Defendants JAY DEE SHIVERDAKER and AMERICAN MEDICAL REVENUE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>IAN CLYNE, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02515-EJD<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING<br><br>Date:   March 15, 2018<br>Time:  10:00 a.m.<br>Crtrm: 4 - 5th Floor (San Jose)<br>Judge: Hon. Edward J. Davila |
| IAN CLYNE, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>JOINT VENTURE PARTNERS INTERNATIONAL, INC., a Wyoming corporation; JAY DEE SHIVERDAKER, an individual and as successor-in-interest to AMERICAN MEDICAL REVENUE, LLC; and DOES 1-25, inclusive,<br><br>Counter-Defendants. | |

- 1 -

Having read the forgoing request, it is hereby ordered that Plaintiff/Counter-Defendants be granted permission to appear telephonically for the motion hearing on March 15, 2018 at 10:00 a.m. The courtroom deputy will contact counsel for Plaintiff/Counter-Defendants for further details for the telephonic appearance. Counsel shall arrange for telephonic appearance via CourtCall.

Dated: February __27__, 2018

_____
Judge of the U.S. District Court