UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOINT VENTURE PARTNERS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> IAN CLYNE, <br><br> Defendant. | Case No. 5:17-cv-02515-EJD <br><br> **ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** <br><br> Re: Dkt. No. 38 |

Before the Court is a motion filed by the attorneys of the Law Office of Mario A. Moya (collectively, "Counsel") to withdraw as counsel for Defendant Ian Clyne ("Defendant"). Dkt. No. 38. Plaintiff Joint Venture Partners International, Inc. ("Plaintiff") does not oppose this motion, Dkt. No. 42, and Defendant has not filed an opposition.

Pursuant to Civil Local Rule 11-5(b) and for the reasons stated on the record at the hearing on March 15, 2018, the Court conditionally GRANTS the motion, subject to the condition that papers may continue to be served on Counsel for forwarding purposes. Unless and until Defendant appears by other counsel or pro se, Counsel shall remain counsel of record for this purpose.

This case and all deadlines are STAYED until April 19, 2018. The Court SETS a further status conference at 10:00 a.m. on April 19, 2018. Defendant (or substitute counsel, if such counsel is obtained), Counsel, and Plaintiff shall appear at the status conference.

**IT IS SO ORDERED.**

Dated: March 20, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-02515-EJD
ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL

1